# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Judith Clara May

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

## 17 CV 4497

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

-against-

The Illegally hired clerks of the Court of the Appellate Term of the Supreme Court of the State of New York for the 2nd, 11th, & 13th Judicial Districts.

(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*  ☐ Yes   ☑ No   (If "No," go to Question 2.)

   I am being held at: _____

   Do you receive any payment from this institution?  ☐ Yes   ☑ No

   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?  ☐ Yes   ☑ No

   If "yes," my employer's name and address are:

   Gross monthly pay or wages: _____

   If "no," what was your last date of employment? _____

   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment   ☐ Yes   ☑ No
   (b) Rent payments, interest, or dividends   ☐ Yes   ☑ No

(c) Pension, annuity, or life insurance payments ☑ Yes ☐ No

(d) Disability or worker's compensation payments ☐ Yes ☑ No

(e) Gifts or inheritances ☐ Yes ☑ No

(f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) DISABILITY ☑ Yes ☐ No

(g) Any other sources ☐ Yes ☑ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account? $500.00

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value: No

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense: Plaintiff lives at a homeless Shelter. The previous shelter, that plaintiff lived at 85 Lexington Ave. lost or stole all of plaintiff clothing, shoes, hair Brush, etc. Plaintiff had to Replace everything. And Plaintiff is unable to eat the food at the shelters.

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable: ∅

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

| June 14, 2017 | Judith C. May |
|---|---|
| Dated | Signature |
| MAY, Judith C. | ∅ |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |
| 1402 - 8th Ave. | Brooklyn, N.Y 11215 |
| Address | City    State    Zip Code |
| ∅ | ∅ |
| Telephone Number | E-mail Address (if available) |

# Inlandboatmen's Union of the Pacific Pension Trust

January 4, 2011

Ms. Judith C May
711-D Seagirt Ave  Apt 3M
Far Rockaway,  NY 11691

RE:  Pension benefit

Dear Ms.  May,

This letter will confirm that you are currently receiving a monthly pension benefit in the gross amount of $391.00 and that you will continue to receive this benefit for your lifetime.  Your date of retirement was January 1, 2008

Please feel free to contact the Trust office if you have any questions at 503-224-0048 or 1-800-547-4457 x 1683.

Sincerely,

*Chris Hess*
Senior Benefit Specialist

Administered by A&I Benefit Plan Administrators, Inc.
1220 SW Morrison St. Suite 300,  Portland OR  97205-2222
(503) 224-0048   (800) 547-4457   Fax (503) 228-0149
www.ibu.aibpa.com

C:\Client2011\IBU Pension\Correspondence\Retirees\May, Judith award ltr 01-04.doc

SOCIAL SECURITY ADMINISTRATION

Date: March 31, 2017
Claim Number: XXX-XX-8863A
              XXX-XX-8863DI

JUDITH C MAY
593 VANDERBILT AVE
APT 243
BROOKLYN NY 11238-3512

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

   Beginning December 2016, the full monthly
   Social Security benefit before any deductions is......$ 1043.40

     We deduct $0.00 for medical insurance premiums each month.

   The regular monthly Social Security payment is........$ 1043.00
   (We must round down to the whole dollar.)

   Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

   Your Social Security benefits are paid on or about the third of each month.

Date of Birth Information

   The date of birth shown on our records is December 19, 1942.

Medicare Information

   You are entitled to hospital insurance under Medicare beginning April 2004.

Type of Social Security Benefit Information

   You are entitled to monthly retirement benefits.

SUSPECT SOCIAL SECURITY FRAUD?

 Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

IF YOU HAVE QUESTIONS

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 866-592-4845. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

                    SOCIAL SECURITY
                    1540 FULTON STREET
                    BROOKLYN, NY 11216


If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

                         OFFICE MANAGER

BUSHWICK

MAR 31 2017

RECEIVED